EFRAIN MARTINEZ V. STATE.

No. 24208. January 12, 1949.

Hon. Roger Thurmond, Judge Presiding.

No attorney of record on appeal for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

DAVIDSON, Judge.

The offense is burglary; the punishment, two years in the penitentiary.

No bills of exception accompany the record.

That someone burglarized the store of Gonzales is abundantly established. According to appellant's written confession, as well as his testimony while testifying as a witness in his own behalf, he was the guilty party.

Appellant sought a suspended sentence, which the jury refused.

No reversible error appearing, the judgment is affirmed.

Opinion approved by the Court.